■ In the Matter of SANDRA L. GILLOTTI, Appellant, v FRANCIS A. GILLOTTI, Respondent. [693 NYS2d 472] —Order unanimously affirmed without costs for reasons stated in decision at Niagara County Family Court, Batt, J. (Appeal from Order of

Niagara County Family Court, Batt, J.—Custody.) Present—
Pine, J. P., Wisner, Pigott, Jr., Scudder and Balio, JJ.